UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AH KWEI CHENG,

                              Plaintiff,         Docket No. CV 03-4681 (ARR)

-against-

PATHMARK STORES, INC.                **STIPULATION OF**
                                                          **DISCONTINUANCE**

                              Defendants,
------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same is hereby discontinued, with prejudice. This stipulation may be filed without further notice with the clerk of the court.

Dated: New York, New York
          May 9, 2005

KRAL CLERKIN
Attorney for Defendant
Pathmark Stores
69 East Jericho Tpke
Mineola, NY 11501

LAURENCE M. SAVEDOFF, ESQ.
Attorney of Plaintiff
40 Exchange Place, Suite 1205
New York, New York 10005
(212) 422-1020

So ordered.
5/25/05
/s/ ARR